# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3918

_____

Tracey Allen McGhghy,

         Appellant,

v.

United States of America; Federal
Bureau of Investigation, sued as
Agents of the FBI,

         Appellees.

*
*
*
*
*
*
*
*
*
*
*
*

Appeal from the United States
District Court for the Northern
District of Iowa.

[UNPUBLISHED]

_____

Submitted: February 19, 2002

Filed:  February 22, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Tracey Allen McGhghy appeals the district court's preservice dismissal of McGhghy's lawsuit against the United States and unknown Federal Bureau of Investigation agents.  McGhghy's lawsuit is based on constitutional and tort claims arising out of the handling of his property stored in a rental unit in Olin, Iowa. McGhghy also appeals the denial of his requests for postjudgment relief.  Having carefully reviewed the record, we conclude the dismissal was proper, and we find no

abuse of discretion in the district court's denial of postjudgment relief.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.